**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MIREILLE TORJMAN,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 10-1031 (JDB)** |
| **FEDERAL BUREAU OF INVESTIGATION, et al.,** | |
| **Defendants.** | |

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of plaintiff's pro se complaint. Pursuant to 28 U.S.C. § 1915(e), the Court is required to dismiss a complaint, "[n]otwithstanding any filing fee," upon a determination that it is "frivolous or malicious" or "fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B). Plaintiff Mireille Torjman alleges that the United States government is using various forms of "mind control" on her, including "synthetic telepathy," "psychotronics," and other forms of surveillance, and seeks unspecified damages and injunctive relief against several federal agencies. Compl. at 1-20. Complaints that describe fantastic or delusional scenarios or contain "fanciful factual allegation[s]" are subject to dismissal under 28 U.S.C. § 1915(e)(2). Neitzke v. Williams, 490 U.S. 319, 325 (1989); accord Ruston v. Bush, 298 Fed. App'x 16, 17 (D.C. Cir. 2008); Best v. Kelly, 39 F.3d 328, 330-31 (D.C. Cir. 1994). This complaint qualifies for such treatment and, thus, is dismissed. A separate Order accompanies this Memorandum Opinion.

/s/
JOHN D. BATES
United States District Judge

Date: June 21, 2010